# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff, § v. § TIMOTHY DWAYNE HENSON (4), § § Defendant. § | CIVIL ACTION NO. 6:19-CR-00025-JDK |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report of Magistrate Judge John D. Love, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Neither party has objected to the Report and Recommendation and the timeframe for doing so has passed.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Timothy Henson be sentenced to nine months imprisonment with no supervised release to follow. The Court recommends that the place of confinement be FCI Seagoville, Texas, if available.

So **ORDERED** and **SIGNED** this **1st** day of **May, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE